IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROGER DEWAYNE BOWERS and | ) | Case No. 08-60323-S-7-ABF |
| CORDIE ELAINE BOWERS, | ) | |
| | ) | |
| Debtor(s). | ) | |

**MOTION FOR ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY**

COMES NOW Dan Nelson, Trustee in Bankruptcy, and moves the Court for an Order to deposit funds into the Court Registry as follows:

1. It appears that there is on deposit in The Bank of New York Mellon to the credit of the above-captioned estate, the sum of $311.67, which is the sum of one (1) check to unsecured creditor from the final distribution of said cause as follows:

| Claim No. | Creditor/Address | Total to be Paid |
|---|---|---|
| 1-1 | Chase Bank USA, N.A.<br>P.O. Box 740933<br>Dallas, TX  75374 | 311.67 |
| | **Total:** | **$311.67** |

WHEREFORE, the Trustee requests an Order of the Court to deposit funds into the Court Registry as listed above.

/s/ Dan Nelson
Dan Nelson, Trustee
PO Box 4288
Springfield, MO 65808-4288
(417) 886-2000 FAX 886-9126

11113922v1